CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

JUL 1 5 2004

LODGED_____ REC'D_____
PAID_____ DOCKETED___

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )
) Case No.    04-61694-fra7
LIE HUNG TAN )
) TRUSTEE'S REQUEST THAT
) CASE NOT BE DISMISSED FOR
) FAILURE TO ATTEND 341(a) MEETING;
) MOTION TO REQUIRE DEBTOR'S
) APPEARANCE AT 341(a) MEETING;
Debtor(s) ) **AND ORDER THEREON**

The debtor(s) (or the designated person if the debtor is not an individual) did not attend, or complete, the §341(a) meeting of creditors scheduled in this case, but the trustee requests the case not be dismissed as the following assets appear to be available for administration or the trustee believes dismissal would not be in the best interest of the estate [**NOTE: PROVIDE SPECIFIC DETAILS AS TO THE POSSIBLE ASSETS, OR REGARDING ANY OTHER REASON FOR NOT DISMISSING THE CASE!**]:

A real property search revealed multiple real properties that were not scheduled. In addition, the trustee believes further investigation will uncover additional assets for the bankruptcy estate. The trustee has already collected sufficient funds from accounts receivable to make this an asset case.

The trustee further moves this court for an order requiring the debtor to appear at a continued 341(a) meeting.

DATE: 6/29/04

_____
Trustee

750.3 (11/10/03) **Page 1 of 2**          *** SEE NEXT PAGE ***

It appearing that there are assets in this case available for administration, and/or dismissal of the case is not in the best interests of the estate, now, therefore

IT IS ORDERED that this case shall not be dismissed as a consequence of the debtor's failure to attend or complete the 341(a) meeting; and

✗ IT IS FURTHER ORDERED that the debtor(s) must appear at a rescheduled 341(a) meeting of creditors **ON** 8/20/04 **AT** US District Crtrm., Fed. Bldg., 310 W. 6th St., Medford, OR 10:30am.

**ATTENTION DEBTOR(S)**: Failure to appear at the rescheduled 341(a) meeting of creditors may result in denial of your bankruptcy discharge.

_____
U.S. Bankruptcy Judge

###